SIDLEY

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, DC 20005
+1 202 736 8000
+1 202 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 202 736 8470
MICHAEL.HOCHMAN@SIDLEY.COM

December 19, 2025

**Via CM/ECF**

The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: ***Kelechian v. SitusAMC Holdings Corp.***
**No. 1:25-cv-09748-LJL**

Dear Judge Liman:

This firm represents Defendant SitusAMC Holdings Corporation ("SitusAMC" or "Defendant") in the above-referenced litigation. Plaintiffs in this case, and six other related class action cases recently assigned to Your Honor,[1] moved on December 19, 2025, to consolidate the seven cases into this first-filed action, stay all seven cases, and file a consolidated complaint within 30 days of any Court ruling granting their request (the "Motion").

SitusAMC does not oppose the Motion. We write separately to respectfully request that the Court grant the stay of this case, and any deadlines, as requested in the Motion, given the upcoming December 24, 2025 deadline for Defendant to respond to the Complaint. SitusAMC intends to file similar requests in the other three served cases.

In particular, SitusAMC was served in this case on December 3, 2025. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the original deadline to respond to the Complaint is December 24, 2025. If the Court grants the Motion before then, this will also stay Defendant's response deadline for this case. In the alternative, if the Court does not grant the Motion before December 24, we respectfully request a 90-day extension to respond to the Complaint, on or before Tuesday, March 24, 2026. SitusAMC conferred with Plaintiff's counsel on December 16, 2025, and Plaintiff agreed to this extension request.

SitusAMC respectfully submits that good cause exists to grant the requested stay as reflected in the Motion or, alternatively, this request for an extension of responsive pleading

[1] *Stack v. SitusAMC Holdings Corporation*, No. 1:25-cv-09773-LJL; *Lewis v. SitusAMC Holdings Corporation*, No. 1:25-cv-09824; *Dunham v. SitusAMC Holdings Corporation*, No. 1:25-cv-09898-LJL; *Thomas v. SitusAMC Holdings Corporation*, No. 1:25-cv-09969-LJL; *Clarke v. SitusAMC Holdings Corporation*, No. 7:25-cv-09994-LJL; and *Phillips v. SitusAMC Holdings Corporation*, No. 1:25-cv-10043-LJL.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

deadlines in this case. First, Plaintiff has consented to the request. Second, the requested stay or extension will allow time for the potential consolidation of the seven cases and the filing of a consolidated Complaint; and obviate the need for a separate response in each case if the matters are consolidated, and a new consolidated Complaint is filed.

SitusAMC has not previously sought or received any stay or extension in this matter. Upon information and belief, the requested stay or extension would not affect other Court deadlines or conferences.

We are available at the Court's convenience should Your Honor require any additional information.

Respectfully submitted,

By */s/ Michael C. Hochman*

Michael C. Hochman
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8470
Email: michael.hochman@sidley.com

Eamon P. Joyce
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-8555
Email: ejoyce@sidley.com

David C. Lashway (*pro hac vice* forthcoming)
Jonathan M. Wilan (*pro hac vice* forthcoming)
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8059 (D. Lashway)
Tel: (202) 736-8635 (J. Wilan)
Email: dlashway@sidley.com
Email: jwilan@sidley.com

SIDLEY



Garrett M. Lance (*pro hac vice* forthcoming)
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue
Dallas, TX 75201
Tel: (214) 969-3513
Email: glance@sidley.com

*Counsel for Defendant,*
*SitusAMC Holdings Corporation*

cc: All Counsel of Record (via CM/ECF)