**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Armen Kelechian**,** individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>SitusAMC Holdings Corporation,<br><br>      Defendant. | **Case No.: 1:25-cv-09748** |
| Steven Stack, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>SitusAMC Holdings Corporation,<br><br>      Defendant. | **Case No.: 1:25-cv-09773** |
| Judith Lewis, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>SitusAMC Holdings Corporation,<br><br>      Defendant. | **Case No.: 1:25-cv-09824** |

| | |
|---|---|
| Deidre Dunham, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>SitusAMC Holdings Corporation,<br><br>     Defendant. | **Case No.: 1:25-cv-09898** |
| Tamica Thomas**,** individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>SitusAMC Holdings Corporation,<br><br>     Defendant. | **Case No.: 1:25-cv-09969** |
| Marsha Clarke**,** individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>SitusAMC Holdings Corporation,<br><br>     Defendant. | **Case No.: 7:25-cv-09994** |

| | |
|---|---|
| Stacie Phillips**,** individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SitusAMC Holdings Corporation,<br><br>        Defendant. | **Case No.: 1:25-cv-10043** |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM CLASS COUNSEL AND AN EXECUTIVE COMMITTEE**

Having reviewed Plaintiffs' Unopposed Motion to Consolidate Cases and Appoint Interim Class Counsel and an Executive Committee (the "Motion"), the Parties' briefing on the same, and for good cause shown, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

1.      *Kelechian v. SitusAmc Holdings Corporation*, No. 1:25-cv-09748; *Stack v. SitusAmc Holdings Corporation*, No. 1:25-cv-09773; *Lewis v. SitusAmc Holdings Corporation*, No. 1:25-cv-09824; *Dunham v. SitusAmc Holdings Corporation*, No. 1:25-cv-09898; *Thomas v. SitusAmc Holdings Corporation*, No. 1:25-cv-09969; *Clarke v. SitusAmc Holdings Corporation*, No. 7:25-cv-09994; and *Phillips v. SitusAmc Holdings Corporation*, No. 1:25-cv-010043 (the "Related Cases") are consolidated pursuant to Fed. R. Civ. P. 42(a);

2.      Consolidation of the Related Cases is appropriate because each of the actions arise from the same nucleus of operative facts. Consolidation will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary;

3

3.      The Related Cases are consolidated under the docket number of the first-filed

*Kelechian* action, No. 1:25-cv-09748, presently before this Court and filed in this District, and any

future related actions arising from the same data breach as the Related Cases which may be filed

in, removed to, or transferred to this Court, under the low-numbered case with the caption *In re*

*SitusAMC Holdings Corporation Data Breach Litigation*;

4.      Pursuant to Federal Rule of Civil Procedure 23(g), Mariya Weekes of Milberg,

PLLC, and Gregory Haroutunian of Emery Reddy, PC, are hereby appointed Interim Co-Lead

Class Counsel for Plaintiffs, and Courtney Maccarone of Kopelowitz Ostrow, P.A., Jessica Wilkes

of Federman Sherwood, Andrew Fuller of Cotchett Pitre & McCarthy, LLP, Leanna A. Loginov of

Shamis & Gentile, and Leigh S. Montgomery of Ellzey Kherkher Sanford Montgomery, LLP are

hereby appointed as members of an Executive Committee for Plaintiffs;

5.      All deadlines in the Related Cases are vacated; and

6.      Plaintiffs shall file a Consolidated Class Action Complaint within thirty (30) days

of the Order.  At the same time the amended complaint is filed, counsel shall file a proposed order setting forth the functions of lead counsel and of each member of the executive committee.  *See* Manual for Complex Litigation 10.222 (2004).

 7. The Clerk of Court is directed to consolidate all cases listed above under case number 25-cv-9748. Counsel are directed to make filings only under case number 25-cv-9748.

Dated: December 19, 2025

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

4