**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| *In Re SitusAMC Holdings Corporation Data Breach Litigation* |

No. 1:25-cv-09748 (LJL)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Donald M. Houser hereby moves this Court for an Order for admission to practice Pro Hac Vice and to appear as counsel for Defendant SitusAMC Holdings Corporation in the above-captioned action.

I am in good standing of the bar of the State of Georgia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I have attached an Affidavit, pursuant to Local Rule 1.3, as Exhibit A, and a certificate of good standing issued within the past 30 days, as Exhibit B.

[*signature on following page*]

Dated: January 23, 2026

ALSTON & BIRD LLP

*/s/ Donald M. Houser*
Donald M. Houser
(*Pro Hac Vice* pending)
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-4749
donald.houser@alston.com

Reade Seligmann
Bar No. 5346929
90 Park Avenue
New York, New York 10016
(212) 210-9453
reade.seligmann@alston.com

*Attorneys for Defendant SitusAMC
Holdings Corporation*