**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re SitusAMC Holdings Corporation Data Breach Litigation* | Case No.: 1:25-cv-09748-LJL<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Deidre Dunham, plaintiff in case number 1:25-cv-09898-LJL, which was consolidated with this matter, hereby withdraws as a named Plaintiff and putative class representative in this action and voluntarily dismisses her claims, without prejudice.

Dated: January 28, 2026

Respectfully submitted,

*<u>/s/ Andrew J. Fuller</u>*

Andrew J. Fuller
NY Bar No. 5585500
**COTCHETT, PITRE & MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272
Fax: (206) 299-4184
afuller@cpmlegal.com

Mark K. Svensson
**MILBERG, PLLC**
405 East 50th Street
New York, NY10022
Tel.: (202) 975-0468
msvensson@milberg.com

***Counsel for Plaintiff Deidre Dunham***