# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000

**Donald M. Houser**        Direct Dial: **+1 404 881 4749**        Email: **donald.houser@alston.com**

April 21, 2026

**VIA ELECTRONIC FILING**

The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

   *Re: In re SitusAMC Holdings Corp. Data Breach Litig.*, No. 1:25-cv-09748

Dear Judge Liman:

   The Parties jointly submit this letter concerning the April 16, 2026 mediation with Mr. Marc Isserles in New York, New York. Plaintiffs and SitusAMC Holdings Corporation ("SitusAMC") have reached a class action settlement in principle that will resolve this litigation in its entirety.

   The Parties are working to finalize the settlement. The Parties will file the settlement agreement and motion for preliminary approval within sixty (60) days. The Parties respectfully request the Court stay all deadlines pending the Court's decision on the forthcoming motion for preliminary approval.

       Respectfully submitted,


*/s/ Gregory Haroutunian*                    */s/ Donald M. Houser*
Gregory Haroutunian                          Donald M. Houser

*Counsel for Plaintiffs*                      *Counsel for SitusAMC Holdings
                                              Corporation*


cc: All Counsel of Record

Alston & Bird LLP                                                                    www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C