UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2026

-------------------------------------------------------------------X

   :

ARMEN KELECHIAN, et al.,   :

   :

         Plaintiffs,   :

   :      25-cv-9748 (LJL)

    -v-   :

   :      ORDER

SITUSAMC HOLDINGS CORPORATION,   :

   :

         Defendant.   :

   :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The parties have submitted a motion for preliminary approval of the class action settlement. The Court requires further information in order to preliminarily approve the settlement.

In particular, the parties shall submit by June 26, 2026, a letter setting forth (1) the process by which the settlement administrator was selected, the budget for settlement administration costs, and whether there is any cap on such costs to be paid out of the settlement fund (*see, e.g.*, the guidance set forth in the Procedural Guidance for Class Action Settlements available on the website for the United States District Court for the Northern District of California); (2) whether the postcard notice and long-form notice should provide notice regarding the content of the Released Claims; (3) whether the postcard notice should contain more information about how a putative class member may opt out of the settlement or object to the settlement; and (4) whether the postcard notice should indicate that the long-form notice and further information about how to opt out can be obtained by calling the settlement administrator, or should include any of the other information set forth in the Procedural Guidance for Class Action Settlements published by the Northern District of California.

In addition, the parties shall be prepared to address the question of Article III standing at the final approval hearing.

SO ORDERED.

Dated: June 23, 2026
       New York, New York

_____
                    LEWIS J. LIMAN
              United States District Judge