USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ARMEN KELECHIAN, et al.,

Plaintiffs,

-v-

SITUSAMC HOLDINGS CORPORATION,

Defendant.

---------------------------------------------------------------------X

25-cv-9748 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

A fairness hearing is scheduled in this case for Tuesday, November 17, 2026. Dkt. No. 68. Plaintiffs seek an award of attorneys' fees and service awards for the class representatives. In advance of the hearing, counsel shall submit to the Court: (1) itemized contemporaneous time sheets for each of the law firms seeking attorneys' fees in the form of a spreadsheet sortable by timekeeper, billing rate, activity type, description, and date; (2) billing receipts to the extent available for all costs sought to be billed to the class; and (3) evidence regarding the effort put into the case by the class representatives, including declarations from each supporting the request for a service award. *See generally Lee v. Springer Nature Am., Inc.*, 2025 WL 3523134 (S.D.N.Y. Dec. 9, 2025) (discussing standards to award attorneys' fees and service awards).

At the hearing, counsel shall be prepared to address the fairness of the settlement, the standing of at least one class representative, the requests for attorneys' fees and service awards, and the timing of the distribution of the fee award and service awards.

SO ORDERED.

Dated: November 15, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge